UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KAREN RUSS, on her own behalf and on behalf of those similarly situated,

    Plaintiff,

v.                                   Case No: 2:15-cv-554-FtM-29MRM

NATIONAL FITNESS CLUBS OF FLORIDA, INC., a Florida profit corporation and JOSEPH CIANFERO, individually,

    Defendants.

### ORDER

This matter came before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #37) filed on May 23, 2016. Finding that defendants had appeared and answered, the Court directed defendants to advise if they stipulated to the dismissal. (Doc. #38.) On June 2, 2016, defendants filed a Response (Doc. #39) indicating that that they concurred with the dismissal. The Notice provides that the parties resolved their claims "without compromise" for claims brought under the Fair Labor Standards Act (FLSA), and that attorney's fees and costs were negotiated separately. As there was no compromise, no review of the settlement is necessary under Lynn's Food Stores, Inc. v.

<u>United States Dep't of Labor</u>, 679 F.2d 1350, 1352 (11th Cir. 1982). The case will be dismissed without further review.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to enter judgment dismissing the case with prejudice, with all parties to bear their own fees and costs, and to further terminate all previously scheduled deadlines and pending motions and to close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __7th__ day of June, 2016.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record